UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eka Phantsulaia,<br><br>                                 Petitioner,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, ET AL.,<br><br>                                 Respondents. | Case No.: 25-cv-2269-JES-DDL<br><br>**ORDER:**<br><br>**(1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; and**<br><br>**(2) SETTING BRIEFING SCHEDULE** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On September 2, 2025, Petitioner filed the required filing fee. ECF No. 1. The case was then transferred to this Court on September 8, 2025. ECF Nos. 2-3.  Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a response to the Petition by **October 10, 2025**. The response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is needed.

//

//

//

1  Respondents shall serve a copy of the response on the Petitioner. Petitioner may
2  file an optional traverse in support of the Petition by **October 31, 2025**. The Court shall
3  take the matter under submission and no oral argument will be required.
4  **IT IS SO ORDERED.**
5  Dated: September 9, 2025

Honorable James E. Simmons Jr.
United States District Judge